Form defntc (04/2010)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re: Joseph Horace Leslie Luckey and Sheila
    Burkett–Luckey

    Debtor(s).

Case Number: 10–15376–KAO
Chapter: 13

## NOTICE OF DEFICIENCY FOR MINIMUM FILING REQUIREMENTS

To the Debtor(s) and his attorney, if any:

A petition was filed in the above named case on **May 11, 2010.** The documents and/or information listed below were not filed with the petition as required by Fed.R.Bankr.P. 1006(a), 1007(a), 1007(f) and/or 1007(b)(3). Failure to file the required documents by **May 19, 2010** may result in this case being referred to the Judge for dismissal.

**Missing Documents and/or Information:** (No Personal Checks Accepted for Payment of Filing Fees)

- ☐ Voluntary Petition–Official Form
- ☐ Exhibit D–Individual Debtor's Statement of Compliance with Credit Counseling Requirement, or
  - ☐ Certificate of Completion of Credit Counseling, or
  - ☐ Application for Extension of Time to Complete Credit Counseling, or
  - ☐ Debtor's Motion for Waiver of Credit Counseling Briefing and Financial Management Course
- ☐ Original signature of debtor(s)
- ☐ Original signature of joint debtor
- ☐ Statement of Social Security Number (Form 21)
- ☐ List containing the names and addresses of all creditors
- ☐ Small Business Balance Sheet (Chapter 11 only)*
- ☐ Small Business Statement of Operations (Chapter 11 only)*
- ☐ Small Business Cash Flow Statement (Chapter 11 only)*
- ☐ Small Business Federal Tax Return (Chapter 11 only)*
- ☐ Chapter 7 $299 Filing Fee, or
- ☐ Chapter 11 $1039 Filing Fee, or
- ☐ Chapter 12 $239 Filing Fee, or
- ☑ Chapter 13 $274 Filing Fee, or
  - ☑ Application to Pay Filing Fees in Installments, or
  - ☐ Application to Waive Chapter 7 Filing Fee
- ☐ Signature of Debtor(s) on Application to Pay Filing Fees in Installments
- ☐ Signature of Debtor(s) on Application to Waive Chapter 7 Filing Fee

Dated: **May 12, 2010**

Mark L. Hatcher
Clerk of the Bankruptcy Court

*or, pursuant to § 1116(1)(B), a statement made under penalty of perjury that no balance sheet, statement of operations, or cash–flow statement has been prepared and no Federal tax return has been filed*

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on May 14, 2010.
db/jdb      +Joseph Horace Leslie Luckey, III,    Sheila Burkett-Luckey,    12041 22nd Ave NE,
             Seattle, WA 98125-5205

The following entities were noticed by electronic transmission.
NONE.                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 14, 2010**                 **Signature:**    *Joseph Speetjens*